

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-18-00486-CR

Robert **ROMERO**,
Appellant

v.

**STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 562296
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

On March 25, 2019, appellant filed a motion to dismiss his appeal pursuant to Texas Rule of Appellate Procedure 42.2. Rule 42.2(a) provides, in part: "The appellant _and_ his or her attorney must sign the written motion to dismiss . . ." (emphasis added). Appellant's motion is signed by his attorney but not by appellant; therefore, the motion is DENIED WITHOUT PREJUDICE for failure to comply with Rule 42.2.

It is so **ORDERED** on March 26, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court